B6F (Official Form 6F) (12/07)

In re **Chandra Prakash,** Case No. **11-41027**
     **Anbha Prakash**
                                           Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1503** <br><br> **American Express** <br> **c/o Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | C | **Opened 4/22/09 Last Active 5/11/09** <br> **CreditCard** | | | | **861.00** |
| Account No. **xxxxxxxxxxxx5263** <br><br> **American Express** <br> **c/o Becket and Lee LLP** <br> **Po Box 3001** <br> **Malvern, PA 19355** | | C | **Opened 4/01/04 Last Active 10/17/10** <br> **CreditCard** | | | | **588.00** |
| Account No. **xxxxxxxxxxxx0429** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | C | **Opened 3/01/05 Last Active 3/09/09** <br> **CreditCard** | | | | **10,249.00** |
| Account No. **xxxxxxxxxxxx4827** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | C | **Opened 3/01/08 Last Active 2/04/10** <br> **CreditCard** | | | | **8,556.00** |
| **3** continuation sheets attached | | | | | Subtotal (Total of this page) | | **20,254.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Chandra Prakash,**
**Anbha Prakash**

Case No. **11-41027**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8614<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | C | **Opened 1/01/05 Last Active 10/13/10**<br>**CreditCard** | | | | 5,461.00 |
| Account No. xxxxxxxxxxxx0761<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | C | **Opened 11/01/95 Last Active 2/23/09**<br>**CreditCard** | | | | 6,231.00 |
| Account No. xxxxxxxxxxxx3827<br><br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | C | **Opened 10/01/98 Last Active 11/05/10**<br>**ChargeAccount** | | | | 2,058.00 |
| Account No. xxxxxCO01<br><br>**Fremont Retail Partners, L.P.**<br>**c/o Kimco Realty Corporation**<br>**Attn: Legal Dept.**<br>**1621-B South Melrose Dr.**<br>**Vista, CA 92081** | | C | **12/1/2009**<br>**Broken lease for business** | | | | 1,201,376.88 |
| Account No. xxxxxxxx5473<br><br>**Harrison Ross Byck, Esq., PC**<br>**229 Plaza Boulevard Suite 112**<br>**Morrisville, PA 19067** | | C | **10/1/2010**<br>**Artiva/First Equity Card Services** | | | | 8,666.58 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,223,793.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Chandra Prakash,**
**Anbha Prakash** ,
Debtors

Case No. **11-41027**

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kole Imports**<br>**24600 Main Street**<br>**Carson, CA 90745** | | C | | | | | 8,162.50 |
| Account No.<br>**Max Advance, LLC**<br>**4208 18th Avenue**<br>**Brooklyn, NY 11208** | | C | **June 2010** | | | | 12,415.03 |
| Account No. **xxxxxxxxxxxxxxxxx1007**<br>**Nara Bank National Ass**<br>**3731 Wilshire Blvd.**<br>**Suite 1000**<br>**Los Angeles, CA 90010** | | C | **Opened 10/01/07 Last Active 10/27/10**<br>**GovernmentSecuredGuaranteeLoan** | | | | 198,903.00 |
| Account No. **xxxxxxxxxxxx0001**<br>**Wells Fargo**<br>**Po Box 60510**<br>**Los Angeles, CA 90060** | | C | **Opened 7/01/05 Last Active 10/06/10**<br>**CheckCreditOrLineOfCredit** | | | | 14,892.00 |
| Account No. **xxxxxxxxxxxx0001**<br>**Wells Fargo**<br>**Po Box 60510**<br>**Los Angeles, CA 90060** | | H | **Opened 7/01/05 Last Active 9/30/10**<br>**CheckCreditOrLineOfCredit** | | | | 12,779.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **247,151.53**

B6F (Official Form 6F) (12/07) - Cont.

In re **Chandra Prakash,**  
**Anbha Prakash**  
_____,  
Debtors

Case No. **11-41027**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0960** <br><br> **Wells Fargo Bank** <br> **Po Box 5445** <br> **Portland, OR 97228** | | C | **Opened 7/01/05 Last Active 10/08/10** <br> **CreditCard** | | | | **20,323.00** |
| Account No. **xxxxxxxxxxxx8027** <br><br> **Wfnnb/ann Taylor Mast** <br> **Po Box 182273** <br> **Columbus, OH 43218** | | C | **Opened 1/01/09 Last Active 9/18/10** <br> **CreditCard** | | | | **3,900.00** |
| Account No. **xxxxxxxxx-xx8-027** <br><br> **World Financial Network National Bank** <br> **PO Box 659569** <br> **San Antonio, TX 78565** | | C | **Ann Taylor Mastercard** | | | | **4,230.48** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,453.48**

Total (Report on Summary of Schedules) **1,519,652.47**